IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00429-BNB
(Removal from Delta County, Colorado, County Court, Case No. 09C457)

JOHN MOORE,

    Plaintiff,

v.

GLAXO SMITHKLINE,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2010

GREGORY C. LANGHAM
CLERK

## ORDER FOR SUMMARY REMAND

Plaintiff, John Moore, has submitted to this Court *pro se* two notices of removal (document nos. 2 and 3), and two motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 (document nos. 4 and 5). Mr. Moore has been granted leave to proceed pursuant to § 1915.

The Court must construe Mr. Moore's filings liberally because he is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will remand this action summarily to the County Court for Delta County, Colorado.

Plaintiff seeks to remove to this Court Case No. 09C457, a civil action filed in the County Court for Delta County. The Court has reviewed the notices of removal and finds that they are deficient for two reasons. First, only defendants may remove an action from state court. *See* 28 U.S.C. § 1446(a). In addition, Plaintiff fails to set forth

in the notices of removal "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." *Id.* Therefore, this action will be summarily remanded. Accordingly, it is

ORDERED that this action is remanded to the County Court for Delta County, Colorado. It is

FURTHER ORDERED that the clerk of this Court shall mail a certified copy of this order to the clerk of the County Court for Delta County. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  18th  day of  March , 2010.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00429-BNB

John Moore
140 SE Frontier Ct.
Cedaredge, CO 81413

County Court of Delta County - **CERTIFIED**
501 Palmer St. Suite 338
Delta, CO 81416

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/25/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk